## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

LYNN M. LOWE

    Plaintiff,

and

MOLINA HEALTHCARE, INC.

    Subrogated Plaintiff,

vs.

WALMART CLAIMS SERVICES, INC.
WALMART, INC./MONROE WALMART
SUPERCENTER, STORE NO. 802

    Defendants.

## DEFENDANTS WALMARTCLAIMS SERVICES INC. AND WALMART, INC./MONROE WALMART SUPERCENTER, STORE NOTICE OF REMOVAL

**NOW COME** Defendants Walmart Claims Services, Inc., and Walmart, Inc. ("Defendants"), by and through their attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby remove the above-captioned cause of action from Green County Circuit Court to the United States District Court for the Western District of Wisconsin.

In support thereof, Defendants state the following:

1. This action was originally filed by Plaintiff against Defendants on or about February 25, 2021, in Green County Circuit Court, entitled *Lynn M. Lowe v. Walmart Claims Services, Inc, et al,* Pursuant to 28 U.S.C. § 1446(a), a copy of the Complaint against each Defendant which has been served with process is attached as **Exhibit No. 1**.

2. Personal service was made upon the Defendants' Registered agent on or about March 2, 2021. A copy of the Return of Service for each Defendant served with process is attached

as **Exhibit No. 2**.

3.     This case may be removed from Green County Circuit Court to the United States District Court for the Western District of Wisconsin, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

4.     This is a civil action in which Plaintiff claims she is entitled to damages resulting from an alleged slip and fall incident at the Wal-Mart store located at 300 Sixth Avenue W, Monroe, Wisconsin on or about June 16, 2018. Plaintiff alleges that after falling she "began to experience significant pain and discomfort when her right side and head struck the floor . . . and sustained new injuries to her head, hip, upper back, knee, and neck, and she significantly aggravated pre-existing health conditions of her lower back, hip, and other parts of her torso". (**Exhibit 1, ¶ 7**). Plaintiff seeks to recover her medical expenses to date and in the future and any other damages, including, but not limited to, pain and suffering and loss of enjoyment of life; future damages for pain and suffering and loss of enjoyment of life; and punitive damages. (**Exhibit 1, Prayer for Relief**). Accordingly, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5.     Defendants Walmart Claims Services, Inc., and Walmart, Inc. are incorporated in Delaware, have as their principal place of business in Arkansas, and are all deemed to be citizens of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1).

6.     Plaintiff is a citizen and resident of Illinois.

7.     Subrogated Plaintiff Molina Healthcare, Inc. is incorporated in Delaware and has its main headquarters in California. Furthermore, Molina Healthcare, Inc. is a nominal party in this action as opposed to a real party in interest. A party is a nominal party if there is no reasonable basis

2

for predicting that it will be held liable. *Vandervest v. Wisconsin Cent.*, 936 F. Supp. 601 (E.D. WI, 1996) (holding that State Farm and WEA, as insurers of the plaintiffs who were named as defendants solely to protect their respective subrogated interests do not fall within the purview of Wis. Stats. § 632.24 or § 803.04(2) and are not otherwise real parties in interest).

8. The time for filing this notice of removal has not run because thirty (30) days has not expired since March 2, 2021, the date on which Defendants were personally served with the Original Summons and Complaint.

9. Counsel that has appeared on behalf of Plaintiffs in the state court is:

> Gregory E. Knoke   State Bar No. 01013426
> Knoke & Kind Law Office
> 1904 10th Street
> Monroe, WI  53566
> Telephone: (608) 325-7137

10. Venue is proper in this District under 28 U.S.C. § 1146 because this District embraces the place where the removed action was filed.

**WHEREFORE**, Defendants Walmart Claims Services, Inc., and Walmart, Inc. give notice that the above-captioned action now pending against it in Green County Circuit Court is being removed therefrom to the United States District Court for the Western District of Wisconsin.

Dated at Milwaukee, Wisconsin this 31st day of March, 2021.

**MWH LAW GROUP LLP**

Attorneys for Defendants, Walmart Claims Services, Inc., and Walmart Inc.

By: /s/ *Electronically signed by Vincent Vigil*
Vincent Vigil           SBN 1120981
Eric L. Andrews       SBN 1068550
735 N. Water Street, Suite 610
Milwaukee, WI 53202
(414) 436-0353 Phone
(414) 436-0354 Facsimile
*vincent.vigil@mwhlawgroup.com*
*eric.andrews@mwhlawgroup.com*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 31, 2021, a copy of this document was served upon all parties in the above cause by the **electronic document management/electronic filing system ("ECF")**, which will send notification of such filing to all attorneys of record, and that a copy of the foregoing was served by First-Class U.S. Mail, postage prepaid upon the following:

**Attorney for Plaintiff, Lynn Lowe**
Gregory E. Knoke   State Bar No. 01013426
Knoke & Kind Law Office
1904 10th Street
Monroe, WI  5356
Telephone: (608) 325-7137

**Molina Healthcare, Inc.**
11002 W. Park Place
Milwaukee, WI 53224

/s/Elsa Chavez

4